Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

### Case No. 18–24950–JAD

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Robert D. Agona
   29 Dolly Avenue
   Jeannette, PA 15644

Social Security No.:
   xxx–xx–3074

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Robert O Lampl | Ronda J. Winnecour |
| Robert O Lampl Law Office | Suite 3250, USX Tower |
| Benedum Trees Building | 600 Grant Street |
| 223 Fourth Avenue, 4th Floor | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15222 | Telephone number:  412–471–5566 |
| Telephone number:  412–392–0330 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| April 1, 2019 | April 1, 2019 |
| 02:00 PM | 01:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: <u>3/6/19</u>

BY THE COURT

<u>Jeffery A. Deller</u>
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24950-JAD
Robert D. Agona                                                           Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: nsha              Page 1 of 1           Date Rcvd: Mar 06, 2019
                               Form ID: rsc13          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
```
db            +Robert D. Agona,   29 Dolly Avenue,   Jeannette, PA 15644-1093
14985023      +#1 Cochran Leasing,   4520 William Penn Highway,   Monroeville, PA 15146-2814
14994293      +ACAR Leasing LTD d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853
14971829      +Citibank, N.A.,   PO Box 6500,   Sioux Falls, SD 57117-6500
14971831      +Macy's,   PO Box 6167,   Sioux Falls, SD 57117-6167
14971832      +PNC Bank, N.A.,   The Tower at PNC Plaza,   300 Fifth Avenue,   Pittsburgh, PA 15222-2401
14971833       PNC Bank, N.A.,   P.O. Box 5570,   Brecksville, OH 44104
14985027      +Penn Trafford School District,   P.O. Box 456,   Harrison City, PA 15636-0456
14996730       UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14985031      +Westmoreland County,   P.O. Box 456,   Harrison City, PA 15636-0456
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2019 02:21:03    Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14971830      +E-mail/Text: mrdiscen@discover.com Mar 07 2019 02:20:43    Discover,   PO Box 3025,
               New Albany, OH 43054-3025
14974775       E-mail/Text: mrdiscen@discover.com Mar 07 2019 02:20:43    Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14976883       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.com Mar 07 2019 02:39:29    First Data Global Leasing,
               by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
14999332       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2019 02:54:06
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14972235      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2019 02:28:11
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14971834       E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:28:57    Synchrony Bank,   P.O. Box 105972,
               Atlanta, GA 30348-5972
                                                                                         TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK NATIONAL  ASSOCIATION
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14985024*     +Citibank, N.A.,   PO Box 6500,   Sioux Falls, SD 57117-6500
14985025*     +Discover,   PO Box 3025,   New Albany, OH 43054-3025
14985026*     +Macy's,   P.O. Box 6167,   Sioux Falls, SD 57117-6167
14985029*      PNC Bank, N.A.,   P.O. Box 5570,   Brecksville, OH 44104
14985028*     +PNC Bank, N.A.,   The Tower at PNC Plaza,   300 Fifth Avenue,   Pittsburgh, PA 15222-2401
14985030*      Synchrony Bank,   P.O. Box 105972,   Atlanta, GA 30348-5972
                                                                         TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Robert O Lampl    on behalf of Debtor Robert D. Agona  rol@lampllaw.com,
              jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish5l@gmail.
              com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
              lampllaw.co
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 4
```