IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ROBERT D. AGONA, ) | |
| **Debtor(s)** ) | Bankruptcy No. 18-24950-JAD |
| ) | |
| ACAR LEASING LTD ) | Chapter 13 |
| d/b/a GM FINANCIAL LEASING, ) | |
| **Movant** ) | Related To Document No. 24 and 25 |
| ) | |
| v. ) | |
| ) | **Response Deadline: 4/25/19** |
| ROBERT D. AGONA ) | |
| DEBORAH LYNN AGONA, ) | **Hearing Date: 5/3/19 at 11:00 AM** |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on April 8, 2019 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Relief filed in this proceeding on:

| | | |
|---|---|---|
| Robert D. Agona | Deborah Lynn Agona | Robert O. Lampl, Esq. |
| 29 Dolly Avenue | 29 Dolly Avenue | Robert O Lampl Law Office |
| Jeannette, PA 15644 | Jeannette, PA 15644 | Benedum Trees Building |
| (Debtor) | (Co- Debtor) | 223 Fourth Avenue, 4th Floor |
| | | Pittsburgh, PA 15222 |
| | | (Attorney For Debtor) |
| | | |
| | Ronda J. Winnecour | Office of the United States Trustee |
| | Suite 3250, USX Tower | Liberty Center |
| | 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| | Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| | (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
(856) 866-0100