MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
4/10/19 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: Agona

(JAD)/TPA/CMB/GLT

Case Number: 18-24950

Date of Meeting: 4/1/19          Recording # 19

Debtor(s) present ✓ or Not Present ___  (__ No Payments Made or __ partial payments)
Attorney for debtor(s): Lampl Cooney (Present ✓ or Not Present ___)
Date of Plan at § 341: 1/28/19    Applicable commitment period __ 3 yrs __ 5 yrs

100% plan due to LAT

need tax return for T review

___ Meeting HELD and CONCLUDED ✓
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting   OR  ✓ Conciliation Conf. OR __ *Contested Hearing
    On 6/13/19 at 9:30 am/pm Location 3250

Jana Paul
Chapter 13 Trustee/Attorney for Trustee