**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ROBERT D. AGONA, ) | |
| **Debtor(s)** ) | Bankruptcy No. 18-24950-JAD |
| ) | |
| ACAR LEASING LTD ) | Chapter 13 |
| d/b/a GM FINANCIAL LEASING, ) | |
| **Movant** ) | Related To Document No. 24 |
| ) | |
| v. ) | |
| ) | **Response Deadline: 4/25/19** |
| ROBERT D. AGONA ) | |
| DEBORAH LYNN AGONA, ) | **Hearing Date: 5/3/19 at 11:00 AM** |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

## ORDER OF COURT

AND NOW, this ___26th___ day of ___April___, 2019, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay And Co-Debtor Stay is GRANTED.

Movant ACAR Leasing LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2016 Cadillac CTS** bearing vehicle identification number 1G6AW5SX1G0105461, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
4/26/19 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 18-24950-JAD
Robert D. Agona                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1             Date Rcvd: Apr 26, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db             +Robert D. Agona,    29 Dolly Avenue,    Jeannette, PA 15644-1093
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert O Lampl    on behalf of Debtor Robert D. Agona rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
               lampllaw.co
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5