# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ROBERT D. AGONA
**Case Number:** 18-24950-JAD  **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, SEPTEMBER 04, 2019 10:00 AM  COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 1/28/2019
- Conciliation Meeting Minutes from 6/13/2019 @ Doc. #32
- Contested Hearing Held 6/26/2019 - Continued to 9/4/2019
R / M #: 13 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Robert O Lampl, Esq.  /(COINS).
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
  ___ For At Least ___ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of ___ at ___ AM/PM at ___
  ✓ To Conciliation Conference For Oct. 3, 2019 at 7:30 AM/PM at p60
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE ___
___ OTHER:

FILED
9/4/19 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge