# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**FILED**
2020 JAN 10 P 3: 34
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### *Conciliation Conference:*

- **Debtor:** ROBERT D. AGONA
- **Case Number:** 18-24950-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 09, 2020 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#13 - Final Confirmation of Plan Dated 1/28/2019 (NFC)
R / M #: 13 / 0

### *Appearances:*

- Debtor: Lampl
- Trustee: Winnecour / Pail / Katz / **DeSimone**
- Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **3-26-20** at **9:00**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/30/201'   8:33:02AM