**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert D. Agona

_____
                              Debtor

PNC BANK, N.A.
                              Movant

                    v.

Robert D. Agona
                              Respondent

                    and

Ronda J. Winnecour

                              Additional Respondent

_____

BK. NO. 18-24950-JAD

CHAPTER 13

### ORDER ALLOWING FILING OF CLAIM

AND NOW, this   day of                , 2020, at Pittsburgh, upon Motion of PNC Bank, National Association, its successors and/or assigns, to Allow Filing of Claim, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

_____
United States Bankruptcy Judge

cc:
Robert D. Agona
29 Dolly Avenue
Jeannette, PA 15644

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219