**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

**IN RE:**
**Robert D. Agona**                                                                                        **Chapter 13**
                                                                                                **Case No.: 18-24950-JAD**

    **Debtor**
_____/

**PNC BANK, N.A. ,**

        **SECURED CREDITOR,**

**V.**

**Robert D. Agona , DEBTOR**
**RONDA J. WINNECOUR, TRUSTEE**

        **RESPONDENTS**
_____/

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF PNC BANK, N.A.  TO ALLOW**
**LATE FILED PROOF OF CLAIM**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 24, 2020 ( *i.e.,* seventeen (17) days after the date of original service below)(Debtor has already filed a response to this motion), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on March 18, 2020 at 10:00 am, before Judge Jeffery A. Deller in Courtroom D,U.S. Steel Tower, 600 Grant Street,54th Floor, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:February 18, 2020

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: 470-321-7112 x 221
Fax: 404-393-1425

By: /s/Sheetal R. Shah-Jani
Sheetal R. Shah-Jani, Esquire
Bar ID:81760
Email:sshahjani@rascrane.com