**Form RSC2 (Reschedule Conciliation/COD)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert D. Agona**
   Debtor(s)

Bankruptcy Case No.: 18–24950–JAD
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24950-JAD
Robert D. Agona                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: llea              Page 1 of 2              Date Rcvd: Mar 20, 2020
                            Form ID: RSCcon         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
```
db         +Robert D. Agona,    29 Dolly Avenue,    Jeannette, PA 15644-1093
cr         +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr         +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14985023   +#1 Cochran Leasing,    4520 William Penn Highway,    Monroeville, PA 15146-2814
14994293   +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14971829   +Citibank, N.A.,    PO Box 6500,    Sioux Falls, SD 57117-6500
14971831   +Macy’s,    P.O. Box 6167,    Sioux Falls, SD 57117-6167
15008967   +PNC BANK, N.A.,    P.O. BOX 94892,    CLEVELAND, OH 44101-4892
14971832   +PNC Bank, N.A.,    The Tower at PNC Plaza,    300 Fifth Avenue,    Pittsburgh, PA 15222-2401
14971833    PNC Bank, N.A.,    P.O. Box 5570,    Brecksville, OH 44104
14985027   +Penn Trafford School District,    P.O. Box 456,    Harrison City, PA 15636-0456
14996730    UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14985031   +Westmoreland County,    P.O. Box 456,    Harrison City, PA 15636-0456
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15007150         E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2020 04:23:58
                  Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA  98083-0657
14971830        +E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56      Discover,    PO Box 3025,
                  New Albany, OH 43054-3025
14974775         E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14976883         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:33:23      First Data Global Leasing,
                  by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14999332         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:30
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14972235        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:34
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14971834         E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:18:03      Synchrony Bank,    P.O. Box 105972,
                  Atlanta, GA 30348-5972
15005897        +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:19:16      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14985024*      +Citibank, N.A.,    PO Box 6500,    Sioux Falls, SD 57117-6500
14985025*      +Discover,    PO Box 3025,    New Albany, OH 43054-3025
14985026*      +Macy’s,    P.O. Box 6167,    Sioux Falls, SD 57117-6167
14985029*       PNC Bank, N.A.,    P.O. Box 5570,    Brecksville, OH 44104
14985028*      +PNC Bank, N.A.,    The Tower at PNC Plaza,    300 Fifth Avenue,    Pittsburgh, PA 15222-2401
14985030*       Synchrony Bank,    P.O. Box 105972,    Atlanta, GA 30348-5972
                                                                                    TOTALS: 1, * 7, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2           User: llea                  Page 2 of 2                  Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert O Lampl    on behalf of Debtor Robert D. Agona rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co

          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sheetal Ramesh Shah-Jani    on behalf of Creditor    PNC Bank, N.A. sshahjani@rascrane.com
          Sheetal Ramesh Shah-Jani    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION sshahjani@rascrane.com
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                            TOTAL: 7