# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert D. Agona

               Debtor

PNC BANK, N.A.

               Movant

    v.

Robert D. Agona

               Respondent

    and

Ronda J. Winnecour

               Additional Respondent

BK. NO. 18-24950-JAD

CHAPTER 13

Related to Docs. #41 and 45

## ORDER ALLOWING FILING OF CLAIM

AND NOW, this 1st day of May, 2020, at Pittsburgh, upon Motion of PNC Bank, National Association, its successors and/or assigns, to Allow Filing of Claim, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

*/s/ (signature) sjk*

United States Bankruptcy Judge
Jeffery A. Deller

cc:
Robert D. Agona
29 Dolly Avenue
Jeannette, PA 15644

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

FILED
5/1/20 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24950-JAD
Robert D. Agona                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: agro         Page 1 of 1           Date Rcvd: May 01, 2020
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
db             +Robert D. Agona,    29 Dolly Avenue,    Jeannette, PA 15644-1093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert O Lampl    on behalf of Debtor Robert D. Agona rol@lampllaw.com,
       jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
       com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
       lampllaw.co
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sheetal Ramesh Shah-Jani    on behalf of Creditor    PNC Bank, N.A. sshahjani@rascrane.com
      Sheetal Ramesh Shah-Jani    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
       sshahjani@rascrane.com
      William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
       ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                  TOTAL: 7