# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **ROBERT D. AGONA,** | Bankruptcy No. 18-24950-JAD |
| Debtor, | Chapter 13 |
| **ROBERT D. AGONA,** | Doc. No. |
| Movant, | Related to Doc. No. 58 |
| vs. | |
| **NO RESPONDENT.** | Hearing Date and Time: March 3, 2021 at 10:00 a.m. |

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the Motion no later than **February 18, 2021**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A **zoom** hearing will be held on **March 3, 2021 at 10:00 a.m.** before Judge Jefferey A. Deller.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.  Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge *Deller's "Procedures Applicable to All Cases (E.)" Telephone Participation (Revised 10/26/2018)* at http://www.pawb.uscourts.gov/procedures-0.  Parties wishing to appear telephonically through CourtCall (866) 582-6878 must advise the Court by telephone at

least three (3) business day prior to the hearing in which the request to appear telephonically is being made.

Date of Service:  February 1, 2021                    */s/ Robert O Lampl*
                                                                      ROBERT O LAMPL
                                                                      PA I.D. #19809
                                                                      JOHN P. LACHER
                                                                      PA I.D. #62297
                                                                      RYAN J. COONEY
                                                                      PA I.D. #319213
                                                                      SY O. LAMPL
                                                                      PA I.D. #324741
                                                                      ALEXANER L. HOLMQUIST
                                                                      PA I.D. #314159
                                                                      Counsel for the Debtor
                                                                      223 Fourth Avenue, 4th Floor
                                                                      Pittsburgh, PA  15222
                                                                      (412) 392-0330 (phone)
                                                                      (412) 392-0335 (facsimile)
                                                                      Email: rlampl@lampllaw.com