**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **ROBERT D. AGONA,** | **Bankruptcy No. 18-24950-JAD** |
| **Debtor.** | **Chapter 11** |
| **ROBERT D. AGONA,** | **Document No.** |
| **Movant,** | **Related to Docs. Nos. 58, 59, 60, 61, 63, 64** |
| **vs.** | |
| **NO RESPONDENT.** | **Zoom Hearing Date and Time: March 3, 2021 at 10:00 a.m.** |

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

Robert O Lampl, Counsel for the Movant, hereby certifies that:

1.      The Debtor's Motion to Dismiss Chapter 13 Case was filed with Bankruptcy Court on February 1, 2021 at Document No. 58.

2.      The Response/Objection Deadline of February 18, 2021 has passed and no objections or responses appear on the docket or were served on Robert O Lampl or anyone from the Robert O Lampl Law Office.

Respectfully Submitted,


Date:  <u>February 19, 2021</u>                    *<u>/s/ Robert O Lampl</u>*

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. #314213
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com