**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT D. AGONA,                                    Bankruptcy No. 18-24950-JAD

      Debtor,                                        Chapter 13
                                                    Related to
ROBERT D. AGONA,                                    Doc. No.    58

      Movant,
                                                    **DEFAULT O/E JAD**
   vs.

NO RESPONDENT.

### ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that upon Motion of the Debtor and in accordance with 11 U.S.C. §1307(b), the instant Chapter 13 Case is dismissed without prejudice.

Date:  2/25/2021                                    _____ sjk
                                                    United States Bankruptcy Court Judge
                                                    Jeffery A. Deller

FILED
2/25/21 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert D. Agona  
    Debtor

Case No. 18-24950-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 2  
Date Rcvd: Feb 25, 2021      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert D. Agona, 29 Dolly Avenue, Jeannette, PA 15644-1093 |
| cr | + | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14985023 | + | #1 Cochran Leasing, 4520 William Penn Highway, Monroeville, PA 15146-2814 |
| 14994293 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14971829 | + | Citibank, N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14971831 | + | Macy's, P.O. Box 6167, Sioux Falls, SD 57117-6167 |
| 15008967 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14971832 | + | PNC Bank, N.A., The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, PA 15222-2401 |
| 14971833 | | PNC Bank, N.A., P.O. Box 5570, Brecksville, OH 44104 |
| 14985027 | + | Penn Trafford School District, P.O. Box 456, Harrison City, PA 15636-0456 |
| 14996730 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14985031 | + | Westmoreland County, P.O. Box 456, Harrison City, PA 15636-0456 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2021 00:58:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14971829 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:09:25 | Citibank, N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15007150 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2021 00:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14971830 | + | Email/Text: mrdiscen@discover.com | Feb 26 2021 00:58:00 | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 14974775 | | Email/Text: mrdiscen@discover.com | Feb 26 2021 00:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14976883 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 26 2021 01:09:18 | First Data Global Leasing, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14971831 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:09:27 | Macy's, P.O. Box 6167, Sioux Falls, SD 57117-6167 |
| 14999332 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2021 01:09:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14972235 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2021 01:12:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005897 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 01:09:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14971834 | | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 01:11:00 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |

Case 18-24950-JAD    Doc 67    Filed 02/27/21    Entered 02/28/21 00:36:56    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: nsha | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 21 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14985024 | *+ | Citibank, N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14985025 | *+ | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 14985026 | *+ | Macy's, P.O. Box 6167, Sioux Falls, SD 57117-6167 |
| 14985029 | * | PNC Bank, N.A., P.O. Box 5570, Brecksville, OH 44104 |
| 14985028 | *+ | PNC Bank, N.A., The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, PA 15222-2401 |
| 14985030 | * | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert O Lampl | on behalf of Debtor Robert D. Agona rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION sshahjani@rascrane.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7