**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ROBERT D. AGONA | Case No.:18-24950 JAD |
| Debtor(s) | |
| Ronda J. Winnecour Movant vs. No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2018 and confirmed on 10/09/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,653.52 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,648.52 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 754.65 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 754.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA  Acct: 6177 | 0.00 | 13,893.87 | 0.00 | 13,893.87 |
| PNC BANK NA  Acct: 6177 | 12,608.13 | 0.00 | 0.00 | 0.00 |
| | | | | 13,893.87 |
| **Priority** | | | | |
| ROBERT O LAMPL ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT D. AGONA  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT O LAMPL LAW OFFICE  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TAX AUTH OR TYPE TAX UNKNOWN  Acct: | 2,367.07 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND COUNTY TAX CLAIM BUI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT D. AGONA  Acct: | 5.00 | 5.00 | 0.00 | 0.00 |

| 18-24950 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL I<br>Acct: 6615 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| Unsecured | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 8510 | 15,454.35 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 7372 | 19,977.95 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK<br>Acct: 1370 | 3,469.99 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 9595 | 22,300.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT FIRS<br>Acct: 000 | 113.04 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 9595 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 9926 | 9,125.24 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 3074 | 153.54 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 4111 | 19,799.10 | 0.00 | 0.00 | 0.00 |
| WILLIAM E CRAIG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ACAR LEASING LTD D/B/A GM FINANCIAL I<br>Acct: 6615 | 648.55 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| TOTAL PAID TO CREDITORS | | | | 13,893.87 |

TOTAL CLAIMED
PRIORITY              2,367.07
SECURED              12,608.13
UNSECURED           91.041.76

Date: 04/01/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com